UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon f/k/a The Bank of New
York, as Trustee for The Certificateholders CWABS,
Inc., Asset-Backed Certificates, Series 2006-15



**Order Filed on October 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-14769 MBK

Adv. No.:

Hearing Date:  9/25/19 @ 9:00 a.m..

Judge:  Michael B, Kaplan

In Re:
      Pattie Zamore,

Debtor.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: October 7, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Pattie Zamore
Case No:  19-14769 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-15, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 51 Appleman Rd, Franklin, NJ 08873-1739, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert C. Nisenson, Esquire, attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of September 16, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2019 through September 2019 for a total post-petition default of $9,736.87 ( 5 @ $1,618.28, 1 @ $1,645.47); and

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,736.87 will be paid over six months by Debtor remitting $1,622.81 per month for five months and $1,622.82 for one month, which additional payments shall begin on October 1, 2019 until the post-petition arrears are cured; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.