Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−14769−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pattie Zamore
   51 Appleman Rd
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−1972

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/8/20 at 09:00 AM

to consider and act upon the following:

*32* − Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 51 Appleman Rd, Franklin, NJ 08873−1739. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset−Backed Certificates, Series 2006−15, 27 Opposition filed by Debtor Pattie Zamore, 29 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset−Backed Certificates, Series 2006−15. Objection deadline is 12/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court