**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Pattie Zamore | Case No. 19-14769-MBK |
| Debtor. | Hearing Date: February 4, 2020 |
| | Judge Michael B. Kaplan |

### LIMITED RESPONSE TO MOTION FOR SALE OF CERTAIN ASSETS OF DEBTOR

Creditor, Specialized Loan Servicing, LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-15, files its Limited Response Debtor's Motion for Sale of Certain Assets of Debtor and states:

1.      Creditor holds a note and mortgage on the property located at 51 Appleman Road, Franklin, NJ 0873-1739.

2.      On January 16, 2020, the Debtor filed a Motion for Sale of Certain Assets of Debtor (Doc. No. 39).

3.      Creditor has no opposition to the relief requested by Debtor's Motion.

**WHEREFORE**, Creditor respectfully requests the Court enter the Proposed Order attached to Debtor's Motion and for such other and further relief as deemed appropriate.

Stewart Legal Group, P.L.,
attorney for Creditor

Dated: January 28, 2020

By:      _/s/Gavin N. Stewart, Esq._
Gavin N. Stewart, Esq.