| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, NJ 08816<br>(732) 238-8777<br>(732) 238-8758 (fax)<br>RCN 6680 |
| In Re:<br>Pattie Zamore |

Order Filed on February 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-14769

Hearing Date: _____

Chapter: 13

Judge: MBK

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: February 5, 2020**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 51 Appleman Road, Franklin Park, NJ _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Robert C. Nisenson/ReMax Best and Keller Williams |
| Amount to be paid: | $3250.00/$15,600 |
| Services rendered: | Debtors Attorney/Realtors |

OR:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____0_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

9. Other provisions: "The lien of Specialized Loan Servicing shall remain on the premises commonly known as 51 Appleman Road, Franklin Park, New Jersey until the closing proceeds are received and applied by Specialized Loan Servicing pursuant to the short sale approval letter.

10. All real estate taxes and water and sewer fees will be paid at the time of closing.

11. Other provisions: "The property is being sold free and clear to the liens of CitiMortgage, in the amount of $36,710.19 in Mortgage Book 6026, page 175."

12. Other provisions: "The property is being sold free and clear of the Judgment No. L-004946-06 with Creditor, Richard A. Vrhovc."

13. Other provisions: "The property is being sold free and clear of the Judgment No: DJ-160449-2006 with Creditor, Solaris Health System."

14. Other provisions: "The property is being sold free and clear of the Judgment No: DJ-069261 with Creditor, Palisades Collection LLC."

15. The provision of Rule 6004(h) shall not be applicable to the matter and the Debtor shall be permitted to sell the property immediately.