**ANTHONY L. VELASQUEZ, ESQ.**
NJ Attorney Id #021651997
1608 Route 88 Suite 330
P.O. Box 1030
Brick, New Jersey 08723
(t)732-903-1966; (f)732-416-7861
avelasquez@tryko.com
Attorney for Trystone Capital Assets, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | |
|---|---|
| | Case No. 19-14769-MBK |
| PATTIE ZAMORE | Chapter 13 |
| Debtor. | Judge: Kathryn C. Ferguson |

**CONSENT ORDER TO ALLOW LATE PROOF OF CLAIM**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

_____
U.S.B.J.

Debtor: PATTIE SAMORE
Case No: 19-14769
Caption of Order: CONSENT ORDER TO ALLOW LATE PROOF OF CLAIM

THE PARTIES HERETO having CONSENTED to the submission of Proof of Claim filed by Trystone Capital Assets, LLC, in this matter, as filed by the creditor on July 2, 2020, and such Consent being represented by the signatures set forth below,

**IT IS ORDERED** as follows:

1. The Late Proof of Claim filed by Trystone Capital Assets, LLC, on July 2, 2020, shall be permitted and shall be paid in full as part of Debtor's Plan.

2. Debtor shall file an Amended Plan within 20 days to include The Proof of Claim filed by Trystone Capital Assets, LLC, on July 2, 2020.


Consented to by the Debtor and Creditor as follows:


/s/ Robert C. Nisenson, Esq.
Robert C. Nisenson, Esq. attorney for
Debtor Pattie Zamore

/s/ Anthony L. Velasquez, Esq.
Anthony L. Velasquez, Esq., attorney for
Creditor Trystone Capital Assets, LLC