ANTHONY L. VELASQUEZ, ESQ.
NJ Attorney Id #021651997
1608 Route 88 Suite 330
P.O. Box 1030
Brick, New Jersey 08723
(t)732-903-1966; (f)732-416-7861
avelasquez@tryko.com
Attorney for Trystone Capital Assets, LLC

Order Filed on January 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

PATTIE ZAMORE

          Debtor.

Case No. 19-14769-MBK

Chapter 13

Judge: Kathryn C. Ferguson

## CONSENT ORDER TO ALLOW LATE PROOF OF CLAIM

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: January 29, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: PATTIE SAMORE
Case No: 19-14769
Caption of Order: CONSENT ORDER TO ALLOW LATE PROOF OF CLAIM

THE PARTIES HERETO having CONSENTED to the submission of Proof of Claim filed by Trystone Capital Assets, LLC, in this matter, as filed by the creditor on July 2, 2020, and such Consent being represented by the signatures set forth below,

**IT IS ORDERED** as follows:

1. The Late Proof of Claim filed by Trystone Capital Assets, LLC, on July 2, 2020, shall be permitted and shall be paid in full as part of Debtor's Plan.

2. Debtor shall file an Amended Plan within 20 days to include The Proof of Claim filed by Trystone Capital Assets, LLC, on July 2, 2020.

Consented to by the Debtor and Creditor as follows:

/s/ Robert C. Nisenson, Esq.
Robert C. Nisenson, Esq. attorney for
Debtor Pattie Zamore

/s/ Anthony L. Velasquez, Esq.
Anthony L. Velasquez, Esq., attorney for
Creditor Trystone Capital Assets, LLC

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-14769-MBK
Pattie Zamore                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

**Recip ID     Recipient Name and Address**
db               + Pattie Zamore, 15 Langley Street, New Brunswick, NJ 08901-3214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021                               Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

**Name**                        **Email Address**

Albert Russo
                             on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                             docs@russotrustee.com

Anthony L. Velasquez
                             on behalf of Creditor Trystone Capital Assets  LLC avelasquez@tryko.com

Denise E. Carlon
                             on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                             on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Kevin Gordon McDonald

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-15 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert C. Nisenson

on behalf of Debtor Pattie Zamore r.nisenson@rcn-law.com
doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8