Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−14769−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pattie Zamore
   15 Langley Street
   New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−1972

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 3, 2021.


Dated: March 3, 2021
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 19-14769-MBK
Pattie Zamore                                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Mar 03, 2021      Form ID: plncf13      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pattie Zamore, 15 Langley Street, New Brunswick, NJ 08901-3214 |
| r | + | Remax Best, 42 Woodbridge Avenue, Highland Park, NJ 08904-3234 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Trystone Capital Assets, LLC, 1608 Route 88, Suite 330, PO Box 1030, Brick, NJ 08723-0090 |
| 518189060 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518071598 | + | Asset Maximization Group, Attn: Bankruptcy, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 518071599 | | Bank of America/ SLS Financial, 314450 American St, Simi Valley, CA 93065 |
| 518071600 | + | City of New Brunswick Tax Collector, 78 Bayard St., New Brunswick, NJ 08901-2113 |
| 518071601 | + | JFK Hosp, 80 James St, 4th Fl, Edison, NJ 08820-3938 |
| 518071602 | + | New Brunswick taxes, 78 Bayard St, PO Box 269, New Brunswick, NJ 08903-0269 |
| 518071603 | + | Ras Citron, 130 Clinton Roas Suite 202, Fairfield, NJ 07004-2927 |
| 518071604 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518251822 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518720238 | + | Trysone Capital Assets, LLC, C/O Anthony Velasquez, Esq., 1608 Route 88, Suite 330, Brick, NJ 08724-3009 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518184073 | | Email/Text: bnc@atlasacq.com | Mar 03 2021 21:20:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 518071597 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 03 2021 21:20:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 518173219 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 03 2021 21:34:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: plncf13 | Total Noticed: 19 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
          on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
          docs@russotrustee.com

Anthony L. Velasquez
          on behalf of Creditor Trystone Capital Assets  LLC avelasquez@tryko.com

Denise E. Carlon
          on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
          on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Kevin Gordon McDonald
          on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-15 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert C. Nisenson
          on behalf of Debtor Pattie Zamore r.nisenson@rcn-law.com
          doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8