UNITED STATES BANKRUPTCY COURT
District of New Jersey

In Re:                                              :
                                                    :         Case No.:        _____
                                                    :
                                                    :         Chapter:         _____
                                                    :
_____ :            Judge:           _____

### REQUEST FOR EXEMPTION FROM
### PARTICIPATION IN FINANCIAL MANAGEMENT COURSE
### REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)

I _____, a debtor in the above captioned case, hereby request that I be granted an exemption from attending a Financial Management Course. My request is based on the following:

❏    **I am incapacitated.** For purposes of making this request, incapacitated means impaired by reason of mental illness of mental deficiency as to be incapable of realizing and making rational decisions with respect to financial responsibilities.

❏    **I am disabled.** For purposes of making this request, disabled means physically impaired as to be unable, after reasonable effort, to participate in an in-person, telephone or internet briefing.

❏    **I am engaged in active military service in a military combat zone.**

In the space provided below, please furnish a detailed explanation setting forth the basis for your request. Attach any documentation that will assist the court in making a determination. (Use a separate sheet if necessary)

_____

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _____          By: _____
                                                                                             Debtor

## CERTIFICATION OF SERVICE

I, _____, the debtor in this matter, certify under penalty of perjury that I mailed this request to the United States Trustee at the following address on _____.

Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Dated: _____          By: _____
                                                                                             Debtor

---

**NOTE TO DEBTORS: If both debtors in a joint case are requesting an exemption, each debtor must file a separate request with the court.**

---

*rev.4/3/07..jml*